PILLSBURY WINTHROP SHAW PITTMAN LLP
NATHAN SPATZ (SBN 204769)
nathan.spatz@pillsburylaw.com
PHILIP HE (SBN 322811)
philip.he@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, California 90017-5524
Telephone:    213.488.7100
Facsimile:    213.629.1033

Attorneys for Defendants
AKSHAY NARISETTI and
OPEN VISION ENGINEERING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PLAUD INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AKSHAY NARISETTI, an individual, OPEN VISION ENGINEERING, INC., a Delaware Corporation, DOES 1-10,<br><br>Defendant. | Case No.  4:26-cv-03391-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT AND FILE ANTI-SLAPP MOTION DEADLINE UNDER L.R. 6-2**<br><br>*[Filed concurrently with Declaration of Nathan M. Spatz]*<br><br>Current Deadline: June 12, 2026<br>Proposed Deadline: June 22, 2026 |

-1-

This Stipulation is entered into by and among Plaintiff Plaud Inc. ("Plaintiff"), by and through its respective counsel, and Defendants Akshay Narisetti and Open Vision Engineering, Inc. (collectively, "Defendants") (Plaintiff and Defendants are collectively, the "Parties"), by and through their respective counsel.

WHEREAS, Plaintiff filed its Complaint in the above-entitled action in the Superior Court of California, County of San Francisco ("San Francisco County Superior Court"), on March 18, 2026, and served the Complaint on Open Vision Engineering, Inc. on March 23, 2026;

WHEREAS, Defendants removed the above-entitled action from the San Francisco County Superior Court, to the United States District Court for the Northern District of California on April 22, 2026, and the initial deadline for Defendants to respond to the Complaint was April 29, 2026, under Federal Rule of Civil Procedure 81(c)(2)(C);

WHEREAS, on April 24, 2026, the Parties stipulated in writing under Civil Local Rule 6-1(a), without a court order, to extend Defendants' time to answer, move, or otherwise respond to the Complaint until May 22, 2026;

WHEREAS, Defendants' deadline to file any anti-SLAPP motion, under Cal. Code Civ. Proc. § 425.16, is May 22, 2026, 60 days from the March 23, 2026, service of the Complaint;

WHEREAS, the Parties stipulated and the Court ordered on May 22, 2026, an extension of both of Defendants' deadline to respond to the Complaint (answer, move, or otherwise respond) and Defendants' deadline to file any anti-SLAPP motion, under Cal. Code Civ. Proc. § 425.16, to and including June 12, 2026 (Dkt. 11);

WHEREAS, the Parties have reached a settlement in principle and are finalizing their settlement agreement, and good cause exists to extend time for both Defendants' deadline to answer, move, or otherwise respond to the Complaint, and Defendants' deadline to file any anti-SLAPP motion, under Cal. Code Civ. Proc. § 425.16, to allow the Parties to finalize their settlement agreement.  It is in the best interests of the Parties and of this Court, is in the interest of fairness, and would promote judicial economy, to allow the Parties adequate time to finalize their settlement agreement before Defendants are required to file any response to the Complaint, which may include an anti-SLAPP motion;

WHEREAS, the Court has discretion under Cal. Code Civ. Proc. § 425.16(f) to extend the deadline for the filing of an anti-SLAPP motion at any later time it deems proper.  Cal. Code Civ. Proc. § 425.16(f) ("The special motion may be filed within 60 days of the service of the complaint or, in the court's discretion, at any later time upon terms it deems proper.");

WHEREAS, extending the date for Defendants to respond to the Complaint as set forth below will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, this is the Parties' second stipulation for an extension by Court order as to Defendants' deadline to answer, move, or otherwise respond to the Complaint, and Defendants' deadline to file any anti-SLAPP motion, under Cal. Code Civ. Proc. § 425.16; and

NOW, THEREFORE, the Parties hereby stipulate, agree, and request this Court to extend both of Defendants' deadline to respond to the Complaint (answer, move, or otherwise respond) and Defendants' deadline to file any anti-SLAPP motion, under Cal. Code Civ. Proc. § 425.16, to and including June 22, 2026.

Dated:  June 5, 2026                    PILLSBURY WINTHROP SHAW PITTMAN LLP


                                        By: */s/ Nathan M. Spatz*
                                            NATHAN M. SPATZ
                                            PHILIP HE

                                            Attorneys for Defendants
                                            AKSHAY NARISETTI and
                                            OPEN VISION ENGINEERING, INC.


Dated:  June 5, 2026                    INNOVATIVE LEGAL SERVICES, P.C.


                                        By: */s/ Richard Liu*
                                            Richard Liu

                                            Attorneys for Plaintiff Plaud Inc.

-3-

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed above, and on whose behalf this listing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 5, 2026

*/s/ Nathan M. Spatz*
NATHAN M. SPATZ

STIPULATION AND [~~PROPOSED~~] ORDER TO ENLARGE TIME TO
RESPOND TO COMPLAINT AND FILE ANTI-SLAPP MOTION DEADLINE
Case No. 4:26-cv-03391-AMO

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, the Court orders the following:

1. Defendants' deadline to respond to the Complaint (answer, move, or otherwise respond), is extended to and including June 22, 2026; and

2. Defendants' deadline to file any anti-SLAPP motion under California Code of Civil Procedure section 425.16(f) is extended to and including June 22, 2026.

**IT IS SO ORDERED.**

Dated:  6/9/2026

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Court Judge

-5-